**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **RICHMOND, RICKEY DUWAYNE** | ) | **BANKRUPTCY CASE 10-13944** |
| | ) | **Chapter 7** |
| | ) | |
| **DEBTOR.** | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #1I | Capital One Bank (USA) N.A.<br>By American Infosource LP as Agent<br>P.O. Box 248839<br>Oklahoma City, OK 73124-8839 | $1.34 |
| Claim #2I | Bleeker Brody & Andrews<br>9247 N Meridian St. Ste 101<br>Indianapolis, IN 46260 | 1.03 |
| Claim #3I | Auburn Hills Animal Hospital<br>3120 CR 36<br>Auburn, IN 46706 | 1.51 |
| | Total | $3.88 |

Respectfully submitted,

/s/ Dustin M. Roach, Chapter 7 Panel Trustee
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of November, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at

USTPRegion10.SO.ECF@usdoj.gov, Holly M. Ripke, Esquire, 4705 Illinois Rd, Suite 110, Fort Wayne, IN 46804, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                                   /s/ Dustin M. Roach
                                                   Dustin M. Roach